AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>OLEKSANDR DIDENKO,<br>also known as "Alexander Didenko"<br><br>*Defendant(s)* | Case: 1:24-mj-00152<br>Assigned to: Judge Upadhyaya, Moxila A.<br>Assign Date: 4/29/2024<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __January 2018 through April 29, 2024__ in the county of _____ in the _____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | - Conspiracy to Defraud the United States and its Agencies |
| 18 U.S.C. §§ 1343 & 1349 | - Wire Fraud and Conspiracy |
| 18 U.S.C. § 1028A | - Aggravated Identity Theft |
| 18 U.S.C. §§ 1028(a)(7), (b)(1)(D),(c)(3)(A) & (f) | - Fraud with Identity Documents and Conspiracy |
| 8 U.S.C. § 1324a & 18 U.S.C. §§ 2, 371 | - Unlawful Employment of Aliens and Conspiracy |
| 18 U.S.C. §§ 1956(a)(1)(B)(i) & (h)(a)(2)(A), & (h); | - Money Laundering and Conspiracy |
| 18 U.S.C. § 1960 | - Unlicensed Money Transmitting Business |

This criminal complaint is based on these facts:

See attached Affidavit which is incorporated by reference as if fully stated herein.

☐ Continued on the attached sheet.

_____
Complainant's signature

David Booth, Special Agent, FBI
Printed name and title

Attested to the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1. by telephone, this _____ day of April, 2024.

Date: __04/29/2024__

_____
Judge's signature

City and state: __Washington, D.C.__    Moxila A. Upadhyaya, U.S. Magistrate Judge
Printed name and title