UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 24-MJ-152 |
| | : | |
| v. | : | |
| | : | |
| OLEKSANDR DIDENKO, | : | |
|    also known as | : | |
|    Alexander Didenko, | : | |
| | : | |
|       Defendant. | : | |

## GOVERNMENT'S MOTION TO QUASH ARREST WARRANT

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves this Court, to quash the arrest warrant filed on April 29, 2024, in the above-captioned case against the defendant Oleksandir Didenko. The arrest warrant filed on April 29, 2024, was issued after the filing of a complaint on the same date.

Subsequently, an indictment was returned against Didenko and an arrest warrant issued on May 29, 2024. Since the indictment is now the operative charging document, the government moves to quash the previously-issued arrest warrant, dated April 29, 2024.

                                                             Respectfully submitted,

                                                             MATTHEW M. GRAVES
                                                             United States Attorney
                                                             D.C. Bar No. 481052

By:    /s/ Karen P.W. Seifert
           Karen P.W. Seifert
           Assistant United States Attorney
           N.Y. Bar No. 4742342
           United States Attorney's Office
           601 D Street, N.W.
           Washington, D.C.  20530
           (202) 252-7527
           karen.seifert@usdoj.gov