UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. 24-MJ-152 |
| | : | |
| v. | : | |
| | : | |
| OLEKSANDR DIDENKO, | : | |
|    also known as | : | |
|    Alexander Didenko, | : | |
| | : | |
|       Defendant. | : | |

The Court, having considered the Government's Motion to Quash Arrest Warrant it is this _____ day of _____, 2024,

**ORDERED**, that the WARRANT SIGNED ON APRIL 29, 2024 FOR DEFENDANT OLEKSANDR DIDENKO IS QUASHED.

_____
ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE

2